UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| 3 M COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ADDIAN, INC., UNITED GLOBAL ALLIANCE AND QANEX, INC.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-4515-SCJ<br><br>*******SEALED********* |

# **O R D E R**

It is hereby **ORDERED** that this matter is hereby set for a **HEARING** on Plaintiff's Motion for Preliminary Injunctive Relief [Doc. 4] on **FRIDAY, NOVEMBER 6TH, 2020 at 1:30 P.M.** via Zoom video conference. As no notice of appearance has been made by or on behalf of any Defendant, counsel for Plaintiff is directed to provide Defendants with a copy of this Order immediately.

Instructions for joining the Zoom hearing are as follows:

Join ZoomGov Meeting
https://ganduscourts.zoomgov.com/j/1601805435

Meeting ID: 160 180 5435
Passcode: 264718
One tap mobile
+16692545252,,1601805435#,,,,,,0#,,264718# US (San Jose)
+16468287666,,1601805435#,,,,,,0#,,264718# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)

Meeting ID: 160 180 5435
Passcode: 264718
Find your local number: https://ganduscourts.zoomgov.com/u/aesvMlipkr

Join by SIP
1601805435@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 180 5435
Passcode: 264718

**IT IS SO ORDERED**, this 5th day of November, 2020.

                                               s/Steve C. Jones
                                               STEVE C. JONES
                                               United States District Judge