IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ADDIAN, INC., UNITED GLOBAL ALLIANCE AND QANEX, INC.,<br><br>    Defendants. | Case No.:<br>  1:20-cv-4515-SCJ<br><br>Judge<br>  Steve C. Jones |

## ORDER ON PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT

Plaintiff 3M Company ("3M"), has moved to be allowed to file a brief of more than twenty-five, but no more than thirty-six pages, in support of its Motion for Ex Parte Seizure Order, Temporary Restraining Order, and Preliminary Injunctive Relief ("Ex Parte Motion").

THEREFORE, having considered Plaintiff's motion, the Court GRANTS 3M's request.

3M may file a brief that is no longer than thirty-six pages in support of its Ex Parte Motion.

1

SO ORDERED this  5th  day of November, 2020.

                                         s/Steve C. Jones
                                         U.S. District Court Judge
                                         Northern District of Georgia