In The United States District Court

Northern District of Georgia, Atlanta Division

Bond No. 190045496

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 1 2 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

3M Company

Plaintiff

Vs.

Addian, Inc., United Global Alliance and Qanex, Inc.

Defendants

TEMPORARY RESTRAINING ORDER
CASE NO: 1:20-cv-04515-SCJ

WHERAS, by Order of the above entitled Court, Plaintiff **3M Company**

Was required to file and undertaking in the sum of **Twenty-five Thousand & 00/100** Dollars **$25,000.00** as a condition for a Temporary Restraining Order to be in effect restraining and enjoining the above named Defendant **Addian, Inc., United Global Alliance and Qanex, Inc.** from the commission of certain acts as more fully set forth in said order

NOW, THEREFORE, **Liberty Mutual Insurance Company**, a corporation organized and existing under the laws of the State of **Massachusetts** and authorized to transact the business of Surety, as Surety, in consideration of the premises and issuance of said Temporary Restraining Order does hereby undertake to pay all costs and disbursements that may be decreed to the Defendant and such damages not exceeding the amount of

**Twenty-five Thousand & 00/100** Dollars **$25,000.00** as the Defendant may sustain by reason of said Temporary Restraining Order if the same be wrongfully obtained without sufficient cause.

IN WITNESS WEHREOF, we have set our hand and seal the **9th** day of **November**, **2020**

Liberty Mutual Insurance Company

By: *Cynthia L. Choren*
Cynthia L. Choren, Attorney-in-Fact

State of MO
County of St Louis City } ss:

On   Novmeber 9, 2020   , before me, a Notary Public in and for said County and State, residing therein, duly commissioned and sworn, personally appeared   Cynthia L. Choren

known to me to be Attorney-in-Fact of   Liberty Mutual Insurance Company
the corporation described in and that executed the within and foregoing instrument, and known to me to be the person who executed the said instrument in behalf of the said corporation, and he duly acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year stated in this certificate above.

My Commission Expires   9/5/2021

Leah L Juenger   Notary Public

LEAH L JUENGER
Notary Public, Notary Seal
State of Missouri
St. Louis City
Commission # 17302084
My Commission Expires 09-05-2021



This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

Certificate No: 8201331

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, _____Cynthia L. Choren_____ all of the city of _____St. Louis_____, state of _____Missouri_____ each individually if there be more than one named, its true and lawful attorney-in-fact, with full power and authority hereby conferred to sign, execute and acknowledge the above-referenced surety bond.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this 30th day of May, 2019.

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

By: *David M. Carey*
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA    ss
COUNTY OF MONTGOMERY

On this 30th day of May, 2019, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: *Teresa Pastella*
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

ARTICLE IV – OFFICERS: Section 12. Power of Attorney.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

ARTICLE XIII - Execution of Contracts: Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

Certificate of Designation – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

Authorization – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, of Liberty Mutual Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company do hereby certify that this power of attorney executed by said Companies is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this __9th__ day of __November__, 2020.



By: *Renee C. Llewellyn*
Renee C. Llewellyn, Assistant Secretary

Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00am and 4:30pm EST on any business day.

Marsh MSurety POA LMIC OCIC WAIC Multi Co_042019



Cynthia L. Choren
Vice President

Marsh USA Inc.
701 Market Street
Suite 1100
St. Louis, MO 63101-2500
314-342-2661
Cynthia.L.Choren@marsh.com
www.marsh.com



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 12 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Sent via Federal Express #7720 2731 0357

November 9, 2020

Mr. James Hatten, Clerk of Court
US District Court, Northern District of Georgia, Atlanta Division
2211 United States Courthouse
75 Ted Turner Drive, SE
Atlanta, GA  30303

**Subject: New Bond**

**Principal:** 3M Company
**Obligee:**   Addian, Inc., United Global Alliance and Qanex, Inc.
**Bond Description:** TRO Bond; Case # 1:20-cv-04515-SCJ
**Bond Amount:** $25,000.00
**Bond Number:** 190045496
**Surety Name:**  Liberty Mutual Insurance Company

Dear Mr. Hatten:

Enclosed you will find the original TRO Bond for the captioned case.  We would appreciate your filing this bond on 3M Company's behalf as soon as possible.

If you have any questions regarding this bond, please feel free to contact me.

Sincerely,

*Cindy*

Cynthia L. Choren
Vice President


Enclosure



SOLUTIONS...DEFINED, DESIGNED, AND DELIVERED.

MARSH & McLENNAN
COMPANIES

# FedEx® press

Extremely Urgent

ORIGIN ID:CPSA (314) 342-2661 SHIP DATE: 09...
CINDY CHOREN ACTWGT: 1.0...
MARSH & MCLENNAN COMPANIES CAD: 3464F...
701 MARKET
SUITE 1100
ST LOUIS, MO 63101
UNITED STATES US

TO JAMES H. HATTEN
U.S. DIST COURT, NORTHER...
2211 UNITED STATES COURTH...
75 TED TURNER DRIVE, SW
ATLANTA GA 30303
(404) 215-1600
INV
REF: US1424-SUPER/ISO-BOST-CENTER
DEPT:6262663
PO: USD01-MARSH USA INC

WED - 11 NOV AA
PRIORITY OVERNIGHT
TRK# 7720 2731 0357

XH OFEA
30303 GA-US ATL

Page 1 of 1

Insert shipping document here.