# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-04515-SCJ
## 3M Company v. Addian, Inc. et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held on 12/01/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:40 A.M.  COURT REPORTER: David Ritchie
TIME IN COURT: 00:40  DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | John Bowler representing Addian, Inc.<br>Christopher Galanek representing Qanex, Inc.<br>Vernon Hill representing 3M Company James<br>Manuel representing 3M Company<br><br>Damon Whitaker representing Qanex, Inc. |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Court convened a previously scheduled preliminary injunction hearing via Zoom. Counsel for Plaintiff requested that PI hearing be continued, the TRO extended, and the parties be permitted to engage in limited expedited discovery. Order to follow. |
| HEARING STATUS: | Hearing Concluded |