# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| 3M COMPANY, | : |
| Plaintiff, | : Case No.: 1:20-cv-4515-SCJ |
| v. | : |
| ADDIAN, INC., UNITED GLOBAL ALLIANCE AND QANEX, INC. | : |
| Defendants. | : |

## THIRD NOTICE OF DEPOSITION OF BACHIR DIAGNE

TO:　COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that 3M Company, by its undersigned attorneys, will take the deposition of Bachir Diagne on Monday, December 28, 2020, beginning at 9:00 a.m. EST, 8:00 a.m. CST, via video conference before an officer duly authorized to administer oaths. The deposition will be recorded by a court reporter. The witness will appear at via Zoom.

You are invited to appear at said time and place and take part in the examination as you deem appropriate.

RESPECTFULLY SUBMITTED, this, the 21st day of December, 2020.

> V. Phillip Hill IV **(GB# 637841)**
> **Gordon Rees Scully Mansukhani, LLP**
> 55 Ivan Allen Junior Boulevard Northwest
> Suite 750
> Atlanta, GA 30308
> Telephone: 404-978-7302
> Email: phill@grsm.com
>
> and

/s/ J. William Manuel
J. William Manuel (admitted pro hac vice)
**Bradley Arant Boult Cummings LLP**
One Jackson Place, Suite 1000
188 E. Capitol Street
Jackson, MS 39201
Telephone: 601-948-8000
Email: wmanuel@bradley.com

*Attorneys for 3M Company*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the above and foregoing document to be filed with the Clerk of the Court using the EM/ECF Filing System which sends notification of such filing to all counsel of record.

THIS, the 21st day of December, 2020.

/s/ J. William Manuel
J. William Manuel