# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| 3M COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:20-cv-4515-SCJ |
| | ) |
| ADDIAN, INC. d/b/a MEDIA FULFILLMENT CO.; UNITED GLOBAL ALLIANCE INC.; QANEX, INC.; TWO CANOES LLC; AOBVIOUS STUDIO LLC; MN AQUARIUMS LTD d/b/a OKEANOS GROUP, d/b/a OKEANOS AQUASCAPING; GTR SOURCE LLC; FRANKLIN FUNDING GROUP, LLC; STUDIO S&K LTD; GLOBANA LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff 3M COMPANY, by and through its undersigned counsel, and pursuant to Rule 41(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses Defendant MN AQUARIUMS LTD d/b/a OKEANOS GROUP from this action without prejudice, each party to bear its own attorney fees and costs.

1

Respectfully submitted this 4th day of February, 2021.

        **GORDON REES SCULLY MANSUKHANI, LLP**

        */s/ V. Phillip Hill IV*
        Chad A. Shultz
        Georgia Bar No. 644440
        V. Phillip Hill IV
        Georgia Bar No. 637841

        *Attorneys for 3M Company*

55 Ivan Allen Blvd. NW, Suite 750
Atlanta, Georgia 30308
Telephone: (404) 869-9054
cshultz@grsm.com
phill@grsm.com

        **BRADLEY ARANT BOULT CUMMINGS LLP**

        */s/ J. William Manuel*
        J. William Manuel
        Mississippi Bar No. 9891*

        *Attorney for 3M Company*
        **Admitted Pro Hoc Vice*

One Jackson Place
188 E. Capitol Street, Ste. 1000
Jackson, Mississippi 39201
Telephone: (601) 948-8000
wmanuel@bradley.com

## CERTIFICATE OF COMPLIANCE WITH LR 7.1(D)

Pursuant to LR 7.1(D), counsel for Plaintiff certifies that the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE has been prepared with Times New Roman font (14 point) approved by the Court in LR 5.1(B).

This 4th day of February, 2021.

*/s/ V. Phillip Hill IV*
COUNSEL

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE with the Clerk of Court using this Court's efiling system, which will automatically send email notification of such filing to all attorneys of record.

This 4th day of February, 2021.

*/s/ V. Phillip Hill IV*
COUNSEL
